IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E. VIRGIL FALLOON, Special Administrator of the Estate of LUIS PEREZ JIMINEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN E. CLARK, JR., and DALLAS AND MAVIS SPECIALIZED CARRIER COMPANY, L.L.C.,<br><br>   Defendants. | 8:06CV659<br><br>ORDER |

This matter is before the court *sua sponte.* On October 27, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 4. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before December 18, 2006 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 6th day of December, 2006.

                                                              BY THE COURT:

                                                              s/Thomas D. Thalken
                                                              United States Magistrate Judge