# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **E. VIRGIL FALLOON,** | ) | |
| **Special Administrator of the Estate of** | ) | |
| **LUIS PEREZ JIMINEZ,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV659 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOHN E. CLARK, JR., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement (Filing No. 16) given to the magistrate judge on May 16, 2007, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before July 16, 2007**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The deadline previously imposed for filing a planning report pursuant to Fed. R. Civ. P. 26(f), is terminated upon the representation that this case is settled.

DATED this 17th day of May, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge