

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E. VIRGIL FALLOON, Special Administrator of the Estate of LUIS PEREZ JIMINEZ, Plaintiff. Vs. JOHN E. CLARK, JR., and DALLAS AND MAVIS SPECIALIZED CARRIER COMPANY, L.L.C. Defendants. | Case No. 8:06 CV00659 ORDER |

This matter came on for hearing on the __1__ day of February, 2008 on a Dismissal with Prejudice of Plaintiff's Complaint.

The Court being fully advised in the premises finds the prayed for relief ought to issue and further finds that each litigant is to pay their own attorney's fees and costs.

WHEREFORE it is ordered, adjudged and decreed that Plaintiff's Complaint ought to be and hereby is dismissed with prejudice to its re-filing. Each litigant is ordered to pay their own fees and costs.